UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS AMADOR,

                       Plaintiff,

-against-

UNITED STATES OF AMERICA, DRUG
ENFORCEMENT ADMINISTRATION, and
SPECIAL AGENT MARLOW LUNA,

                       Defendants.
-----------------------------------------------------------X

20 CIVIL 10492 (PKC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, Defendants' motion to dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 28, 2022

                                                    RUBY J. KRAJICK
                                                    Clerk of Court

BY:

                                                    _____
                                                    Deputy Clerk